AO 91 (Rev. 11/11) Criminal Complaint

DOA: 11/15/2026

# UNITED STATES DISTRICT COURT

for the
District of Arizona

United States of America
v.
Jesus Ivan Noris-Leyva,
A#216 775 656

*Defendant*

Case No. 26-7054MJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about November 14, 2026, in Maricopa County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), an offense described as follows:

Jesus Ivan Noris-Leyva, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Ysleta, Texas, on or about December 5, 2021, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

C. Bailey Jr. Digitally signed by CHARLES BAILEY Date: 2026.11.16 11:33:35 -07'00'

AUTHORIZED BY: Charles E. Bailey Jr., P.S. for AUSA Sarah L. Betz

☒ Continued on the attached sheet.

CHRISTOPHER L SPOHN Digitally signed by CHRISTOPHER L SPOHN Date: 2026.11.16 11:51:56 -07'00'

*Complainant's signature*

Christopher L. Spohn
ICE Deportation Officer

*Printed name and title*

Sworn to telephonically.

Date: November 16, 2026 @ 12:00 p.m.

Mary Bridget Minder

*Judge's signature*

City and state: Phoenix, Arizona

M. Bridget Minder
United States Magistrate Judge

*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Deportation Officer Christopher L. Spohn, declare under penalty of perjury that the following is true and correct.

1. I am a Deportation Officer. I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about November 14, 2026, officers with the Mesa Police Department (MPD) arrested and booked Jesus Ivan Noris-Leyva into the Maricopa County Jail (MCJ), in Phoenix, Arizona, on local charges. On the same date, while Noris-Leyva was confined at the MCJ, ICE officers encountered him and determined him to be a citizen of Mexico, unlawfully present in the United States. On or about November 15, 2026, an immigration detainer was lodged with the MCJ for Noris-Leyva. On the same date, Noris-Leyva was released from the MCJ to ICE custody and transported to the Phoenix ICE office for further investigation and processing. Noris-Leyva was held in administrative custody until his identity could be confirmed, and his immigration and criminal history could be obtained.

3. Immigration history checks revealed Jesus Ivan Noris-Leyva to be a citizen of Mexico and a previously deported alien. Noris-Leyva was removed from the United States to Mexico, through Ysleta, Texas, on or about December 5, 2021, pursuant to a final order of removal issued by an immigration official. There is no record of Noris-Leyva in any

Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his last removal. Noris-Leyva's immigration history was matched to him by electronic fingerprint comparison.

4. On or about November 15, 2026, Jesus Ivan Noris-Leyva was advised of his constitutional rights. Noris-Leyva freely and willingly acknowledged his rights but declined to provide a statement under oath.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about November 14, 2026, Jesus Ivan Noris-Leyva, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Ysleta, Texas, on or about December 5, 2021, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).

6. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it and attest that there is sufficient evidence to establish probable

///

///

cause that the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).

CHRISTOPHER L SPOHN
Digitally signed by CHRISTOPHER L SPOHN
Date: 2026.11.16 11:52:50 -07'00'

Christopher L. Spohn
Deportation Officer
Immigration and Customs Enforcement

Sworn to telephonically on
November 16, 2026

M. Bridget Minder
United States Magistrate Judge